IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRIAN CHRISTOPHER SMITH,<br>*Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 1:22-CV-295-MJT-CLS |
| BURGER KING CORPORATION,<br>*Defendant*. | § § § | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Brian Christopher Smith brought this lawsuit alleging claims under the Americans with Disabilities Act, severed from Civil Action No. 1:19-CV-615. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. On October 20, 2022, the magistrate judge entered a Report and Recommendation [Dkt. 18] in which she recommended denying Plaintiff's Motion for Default Judgment [Dkt. 17].

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. To date, no objections to the report have been filed.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report and Recommendation of the United States Magistrate Judge [Dkt. 18] is ADOPTED.

**SIGNED this 8th day of November, 2022.**

Michael J. Truncale
United States District Judge